**Law Offices of Zaman**
**Neda A. Zaman**
**Bar#: 204593**
**3435 Wilshire Boulevard**
**Suite 640**
**Los Angeles, California 90010**
**(213) 381-3777**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| Mohsen Vaghefi )<br>)<br>    Plaintiff, )<br>        v. )<br>)<br>Alberto GONZALES, Attorney General )<br>of the United States, Thomas RIDGE, )<br>Secretary of the United States' )<br>Department of Homeland Security, )<br>Eduardo AGUIRRE, Acting Director of )<br>the Bureau of Citizenship and )<br>Immigration Service; and Jane )<br>ARELLANO, Director of the Los Angeles )<br>District Office of the Bureau of Citizenship )<br>and Immigration Service, )<br>        Defendants ) | Case: 07-S-CV-1968 LEW-DAD<br><br>STIPULATION TO EXTEND TIME OF MOTION HEARING TO FEBRUARY<br><br>Date: January 18, 2008<br>Time: 10:00 a.m.<br><br>Honorable Ronald S.W. Lew |

IT IS HEREBY STIPULATED by and between parties, through counsel, that

the hearing on motion be re-set to February 8, 2008 or at the Honorable Courts

convenience.

**Dated:   November       , 2007**

                      **McGregor W. Scott**
                      **United States Attorney**

                      **By:_____**
                         **Ada E. Basque**
                        **Department of Justice**

**Dated:   November       , 2007**

                      **_____**
                      **Neda A. Zaman**
                      **Attorney for Plaintiff**

                                **ORDER**

**IT IS HEREBY ORDERED that the hearing on the motion of the parties be re-scheduled to February 15, 2008 at 10:00 a.m.**

**Dated:   December 3, 2007**

                    **/s/ Ronald S. W. Lew**
                    **RONALD S. W. LEW**
                    **UNITED STATES DISTRICT JUDGE**