**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHSEN VAGHEFI, | ) CV 07-1968 LEW-DAD |
| | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| SECRETARY, DEPARTMENT OF | ) |
| HOMELAND SECURITY, et | ) |
| al., | ) |
| | ) |
| Defendants. | ) |

Currently before this Court is Defendants' Motion to Dismiss for Lack of Jurisdiction. Having considered all papers and arguments, the Court now finds and rules as follows:

///

///

1  Plaintiff failed to show that this Court has
2 subject matter jurisdiction because Defendants do not
3 have nondiscretionary duty to adjudicate Plaintiff's
4 naturalization application in the manner requested by
5 Plaintiff.  The remedies requested by Plaintiff are not
6 discrete agency actions that Defendants are required to
7 take.

9  Therefore, the Court lacks jurisdiction under the
10 Mandamus Act, Administrative Procedures Act, or any
11 other law.

13  Accordingly, the Court **GRANTS** Defendants' Motion to
14 Dismiss under Fed. R. Civ. Proc. 12(b)(1).  The Court
15 **DENIES as moot** Defendants' Motion to Dismiss under Fed.
16 R. Civ. Proc. 12(b)(6).

18 **IT IS SO ORDERED.**

  *[signature: Ronald S.W. Lew]*

  **HONORABLE RONALD S.W. LEW**
  **Senior U.S. District Judge**

24 DATE: February 26, 2008.